**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOYCE PATTERSON           * | |
|                           PLAINTIFF   * | |
| VS.                                                    * | CIVIL ACTION NO. _____ |
| MIDLAND CREDIT MANAGEMENT, INC.  * | COMPLAINT AND |
|                                * | DEMAND FOR A JURY TRIAL |
|                         DEFENDANT   * | |

**COMPLAINT**

I. Introduction

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Joyce Patterson ("plaintiff" or "Ms. Patterson"), is a natural person who resides in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Midland Credit Management, Inc. (hereinafter referred to as "MCM" or "defendant") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana, 70802-6129. MCM, at all times relevant hereto, regularly attempted

to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5.  Ms. Patterson was sued by MRC Receivables Corp. ("MRC") for an alleged debt originally due Circuit City, and was represented in that matter by the Eaton Group Attorneys, LLC ("EGA"), a Baton Rouge law firm.

6.  This alleged debt arose from the use of a credit card at Circuit City solely for personal purposes.

7.  Ms. Patterson obtained counsel to represent her in the defense of this suit, namely Garth J. Ridge, attorney at law.

8.  During this state court litigation, defendant MRC filed a motion for summary judgment, in which an affidavit was submitted in support of this motion by an employee of the servicer of this account, defendant Midland.

9.  EGA was acting as the agent for both MRC and Midland in this collection action.

10. Defendant MRC dismissed this case in July 2009.

11. Thereafter, Midland began to attempt collection of this alleged debt from Ms. Patterson directly, despite knowing Ms. Patterson was represented by an attorney with regard to this alleged debt.

## **DEFENDANT'S PRACTICES**

12. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692c.

13. Plaintiff has suffered actual damages and injury, including, but not limited to,

stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendant Midland Credit Management, Inc. for:

a.  Additional damages;

b.  Actual damages;

c.  Attorney fees, litigation expenses and costs; and

d.  Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com